IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                Case No. 6:24-cr-60001

JOHN ROSS MCKINNEY                                                                    DEFENDANT

## **ORDER**

Before the Court is John Ross McKinney's Motion for Early Termination of Supervised Release. ECF No. 2. The government has not responded to the motion, and the Court finds that no response is necessary. The Court determines that this matter is ripe for consideration.

On May 13, 2021, in the United States District Court for the Eastern District of Arkansas, Defendant was sentenced to forty-six (46) months in prison followed by three (3) years of supervised release for the offense of felon in possession of a firearm in violation of 21 U.S.C. § 922(g). Defendant was released from prison on April 1, 2022, and jurisdiction was subsequently transferred to this Court. Defendant is currently being supervised in the Western District of Arkansas, Hot Springs Division.

On January 5 2024, Defendant filed the instant motion seeking early termination of his supervised release. Defendant has served approximately twenty-two (22) months of his imposed thirty-six (36) months of supervised release.

Defendant has maintained full-time employment since his release from prison. He has started his own business, Sporty's Detail LLC, and is also currently employed by Taco Bell. Defendant last tested positive for marijuana on October 3, 2022, and was referred for outpatient substance abuse and mental health treatment. Defendant completed this program on April 28, 2023, and continues to maintain his sobriety. He has complied with all conditions and expectations

of the Court since October 3, 2022, and has demonstrated a commitment to his family.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. The section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of the defendant, the need to provide just punishment for the offense, and the need to promote respect for the law.

The Court commends Defendant for his personal accomplishments while on supervised release. However, upon consideration of the factors listed above, the Court finds that Defendant's motion (ECF No. 2) should be and hereby is **DENIED** due to Defendant's significant criminal history, which includes numerous violent and firearm related offenses.

**IT IS SO ORDERED**, this 18th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge